AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**
(1) 21 U.S.C. § 846 - Conspiracy to distribute Schedule III and IV controlled substances;
(2) 18 U.S.C. § 1956(h) - Conspiracy to launder money
Forfeiture allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
(1) 5 years imprisonment, $250,000 fine, min. 2 years supervised release, max. life supervised release, $100 special assessment;
(2) 20 yrs. imprisonment, $500,000 fine, 3 yrs. sup. rel., $100 s.a.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
E-filing
2010 AUG 19 A 11:50

**DEFENDANT**
▶ ROBERT SMOLEY

**DISTRICT COURT NUMBER**
CR 10 0619 JSW

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form MELINDA HAAG
☑ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) KIRSTIN M. AULT

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____      Before Judge: _____

Comments:

1  MELINDA HAAG (CABN 132612)
   United States Attorney

**E-filing**

FILED
2010 AUG 19 A 11:50

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 10 0619 |
|---|---|
| Plaintiff, | ) |
| | ) INFORMATION |
| v. | ) |
| | ) SAN FRANCISCO VENUE |
| ROBERT SMOLEY, | ) |
| | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

COUNT ONE: Drug Conspiracy (21 U.S.C. § 846)

Beginning at a time unknown to the Grand Jury but no later than April of 2001 and ending in or about February of 2008, both dates being approximate and inclusive, within the Northern District of California, and elsewhere, defendant,

ROBERT SMOLEY,

together with others, conspired to distribute and dispense and to possess with intent to distribute and dispense, outside the scope of professional practice and not for a legitimate medical purpose, one or more controlled substances, which offense involved substances containing (a) phendimetrazine, a Schedule III controlled substance; (b) diazapam, a Schedule IV controlled

INFORMATION

1  substance; and, (c) phentermine, a Schedule IV controlled substance, in violation of Title 21,
2  United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Sections
3  846, 841(b)(1)(D) and 841(b)(2).

5  COUNT TWO: Money Laundering Conspiracy (18 U.S.C. § 1956(h))
6      Beginning at a date unknown to the Grand Jury, but no later than April of 2001, and
7  continuing until February of 2008, both dates being approximate and inclusive, in the Northern
8  District of California and elsewhere, the defendant,
9                          ROBERT SMOLEY,
10 did knowingly and intentionally conspire with one or more persons to commit the offense of
11 laundering of monetary instruments, in violation of Title 18, United States Code, Section
12 1956(a)(1)(B), all in violation of Title 18, United States Code, Section 1956(h).

14 CRIMINAL FORFEITURE ALLEGATION
15     Upon conviction of the offense alleged in Count One of this Information, the defendant
16                         ROBERT SMOLEY,
17 shall forfeit to the United States all right, title and interest in property constituting and derived
18 from any proceeds defendant obtained, directly or indirectly, as a result of said violation, and any
19 property used, or intended to be used, in any manner or part, to commit, or to facilitate the
20 commission of the said violation, including but not limited to real and personal property in the
21 amount of approximately $48,000,000.
22     If, as a result of any act or omission of the defendant, any of said property:
23         a.    cannot be located upon the exercise of due diligence;
24         b.    has been transferred or sold to, or deposited with, a third person;
25         c.    has been placed beyond the jurisdiction of the Court;
26         d.    has been substantially diminished in value; or
27         e.    has been commingled with other property which cannot be divided without difficulty;
28 any and all interest defendant has in any other property (not to exceed the value of the forfeitable

INFORMATION

1 property) shall be forfeited to the United States.

2 All in violation of Title 21, United States Code, Sections 853(a)(1) and (2), (p), and Rule 32.2 of the Federal Rules of Criminal Procedure.

5 DATED: 8-18-10

MELINDA HAAG
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

11 (Approved as to form: _____
AUSA AULT

INFORMATION