UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 10-0619 JSW |
| Plaintiff, | ) ) | [**PROPOSED**] **PRELIMINARY ORDER OF FORFEITURE** |
| v. | ) ) | **AS MODIFIED HEREIN** |
| ROBERT SMOLEY, | ) ) | |
| Defendant. | ) ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on November 5, 2010, wherein the defendant admitted to the forfeiture allegation, and good cause appearing, **and having considered the parties' positions at the sentencing in this matter,**

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

- a money judgment to be satisfied by any real and personal property in aggregate value ~~up to~~ $48,359,345.57 of
- $599,430.48 on behalf of Robert Smoley held in OSB Resources, Ltd, RX payment account number 0702V-1310042, in partial satisfaction of the money judgment above

pursuant to Title 18, United States Code, Sections 982 and Title 21, United States Code, Section 853.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website

for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

WHEREFORE, the United States respectfully requests that this Court enter a Preliminary Order of Forfeiture in the form of a money judgment in the amount of $48,359,345.57, pursuant to the provisions of Title 18, United States Code, Section 982.

**AS MODIFIED,**
IT IS SO ORDERED this 3rd day of March 2011.

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE 2
CR 10-0619 JSW